# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 1088

VERSUS

KARL JOHNSON

**FEBRUARY 10, 2025**

---

In Re:     Karl Johnson, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           01-19-0563.

---

BEFORE:    PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.

   **WRIT DENIED.** This court is limited to review of the lower
court rulings or the failure of the lower court to act on a properly
filed motion to quash. This writ application appears to be a motion
to quash filed in this court in the first instance. A motion to
quash must be filed with the district court prior to filing an
application for supervisory writs.

                        **AHP**
                        **TPS**
                        **CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1]**Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First
Circuit, by special appointment of the Louisiana Supreme Court.